IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANPOWER, INC., a Wisconsin corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>GOLDEN HILLS REDEVELOPMENT, INC., a California corporation,<br><br>           Defendants | CV F 05-1312 AWI TAG<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO ENTER DEFAULT JUDGMENT**<br><br>[Doc. 11 &19] |

    Plaintiff is proceeding with an action for damages for breach of an oral contract. When Defendant did not file a responsive pleading to this action, on January 3, 2006, the Clerk of the Court entered default. On January 12, 2006, Plaintiff filed an application for default judgment. There was not been any appearance by or on behalf Defendant, and Defendant has not opposed Plaintiff's application for default judgment.

    On February 24, 2006, the Magistrate Judge filed a Report and Recommendation that recommended the court grant Plaintiff's application for default judgment. The Report and Recommendation was served on all parties who have made an appearance in this action and contained notice that any party could file objections within ten days. No party has filed objections or otherwise contacted the court.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C this court has conducted a <u>de novo</u> review of this case.   Having carefully reviewed the entire file, the court finds the Report and Recommendation to be supported by the record and by proper analysis   Therefore, IT IS HEREBY ORDERED that:

1. The Magistrate Judge's February 24, 2006 Report and Recommendation is ADOPTED IN FULL;
2. Defendant Golden Hills Redevelopment, Inc. is held in default; and
3. The Clerk of the court is DIRECTED to enter judgment against Defendant in the amount of $129,566.71, plus $8,837.01 in prejudgment interest, $1,000 in statutory attorney's fees, and $278.00 in costs.

IT IS SO ORDERED.

**Dated:    April 28, 2006**                                  **/s/ Anthony W. Ishii**
0m8i78                                                                UNITED STATES DISTRICT JUDGE

2